UNITED STATES DISTRICT COURT
DISTRICT OF MAINE

| | | |
|---|---|---|
| **DANE ERIC GROSS,** | ) | |
| Plaintiff, | ) ) ) | |
| v. | ) ) | 1:16-cv-00475-JDL |
| **ALLAN H. WEINER, et al.,** | ) ) ) | |
| Defendant. | ) | |

**ORDER ADOPTING THE RECOMMENDED DECISION OF THE MAGISTRATE JUDGE**

The United States Magistrate Judge filed his Recommended Decision (ECF No. 9) with the court on January 6, 2017, pursuant to 28 U.S.C. §636 (b)(1)(B) and Federal Rule of Civil Procedure 72(b).  The time within which to file objections expired on January 20, 2017, and no objections have been filed.  The Magistrate Judge notified the parties that failure to object would waive their right to *de novo* review and appeal.

It is therefore **ORDERED** that the Recommended Decision of the Magistrate Judge (ECF No. 9) is hereby **ADOPTED**.  The Plaintiff's Complaint (ECF No. 1) is **DISSMISSED** without prejudice.

**SO ORDERED.**

Dated this 27th day of January 2017.

　　　　　　　　　　　　　　　　　　　　　　　/s/ JON D.LEVY
　　　　　　　　　　　　　　　　　　　　　　　U.S. DISTRICT JUDGE